## FIRST NATIONAL BANK OF SANTA MONICA v. KOWALSKY.

No. 14,765; October 12, 1891.

27 Pac. 783.

Appeal—Failure to File Transcript.—An appeal will be dismissed after the time allowed for filing a transcript has elapsed, if no transcript has been filed, nor attempt made to prepare one, and no sufficient excuse is offered for failure to do so.

APPEAL from Superior Court, Los Angeles County; Walter Van Dyke, Judge.

Action by the First National Bank of Santa Monica against H. I. Kowalsky. Judgment for plaintiff. Defendant appeals. Appeal dismissed.

A. Courey & Miller for appellant; H. I. Kowalsky for respondent.

PER CURIAM.—Motion to dismiss appeal. The transcript has not been filed, nor have any steps been taken to prepare a transcript, although the time allowed for that purpose has fully elapsed, and no sufficient excuse is offered for failure to comply with the rule. Appeal dismissed.